**FILED**

January 20, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **D.Y.L.T.** *et al.*, | § | |
| **Petitioners,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. SA-26-CV-220-OLG** |
| | § | |
| **JOSE RODRIGUEZ** *et al.*, | § | |
| **Respondents.** | § | |

## O R D E R

Pending before the Court is Petitioner D.Y.L.T.'s Motion to Proceed Under Pseudonym (the "Motion") (Dkt. No. 2), wherein she asks the Court "for leave to proceed under a pseudonym to protect her identity from public disclosure." Dkt. No. 2 at 1. After careful consideration, the Motion (Dkt. No. 2) is **GRANTED**.

**IT IS HEREBY ORDERED** that Petitioner shall be referenced under the pseudonym D.Y.L.T. in all public filings submitted in this case.

**IT IS SO ORDERED**.

**SIGNED** on January 20, 2026.

_____
ORLANDO L. GARCIA
United States District Judge